**Order entered May 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00089-CR

### RARES MIHAI HALMAGEAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-83388-2017**

## ORDER

Before the Court is appellant's May 17, 2019 letter requesting new counsel, sufficient time to consult with new counsel, more time to file his pro se response to current counsel's *Anders* brief, and the furnishing of "materials and info in the form of motions to be filed on my part or any other forms necessary. . . ." Counsel has already provided the appellate record to appellant.

The Court **GRANTS** appellant an extension of time to file his pro response. Appellant's pro se response must be filed on or before **June 24, 2019**. If appellant does not file a pro se response by June 24, 2019, the case will be submitted upon the brief of counsel. All other relief requested is **DENIED**.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to all counsel of record.

We further **DIRECT** the Clerk of the Court to mail a copy of this order Rares Hihai Halmagean; TDCJ No. 02239974; Gurney Unit; 1385 FM 3328; Palestine, Texas 75803.

/s/    LANA MYERS
        JUSTICE